AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Arizona**

KATHLEEN DRIESEN

V.

GURSTEL, STALOCH & CHARGO, PA

**SUMMONS IN A CIVIL CASE**

CASE

TO: (Name and address of Defendant)

GURSTEL, STALOCH & CHARGO, PA
c/o CT CORPORATION SYSTEM
2394 E CAMELBACK RD
PHOENIX, AZ 85016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marshall Meyers
Weisberg & Meyers, LLC
5025 North Central Ave. #602
Phoenix, AZ 85012

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

11:14 am, Jan 15, 2009
s/Richard H. Weare, Clerk

DATE

(By) DEPUTY CLERK

₄40 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/28/09 @ 1:05pm |
| NAME OF SERVER (PRINT) Manuel J. Ybarra | TITLE Process Servers |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Molly Mactiecz, Stat. Agent c/o C.T. Corporation Systems 2394 E. Camelback Rd Phx AZ 85016

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ∅ | ∅ | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-28-09
Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.